**UNITED STATES BANKRUPTY COURT FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Warren Kenneth Earles, | ) | Case No.:  B-12-81464 C-13D |
| Dedrah Duff Earles, | ) | |
|     Debtors | | |

## MOTION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

The Debtors, by and through counsel, pursuant to 11 USC 330, respectfully request the Court for authority to employ attorney Suzanne Begnoche to file and settle a case against NCO Financial Systems, Inc. (hereinafter "NCO") for violation of credit collection laws, and in support respectfully show unto the Court the following:

1. On November 16, 2012, the Debtors filed a petition for relief under Title 11 U.S.C. Chapter 13.

2. The plan was confirmed on January 10, 2013.

3. The Debtors owe and listed on Schedule F a pre-petition commercial debt to Capital One, N.A.

4. During the collection of the debt, collection laws were violated by NCO Financial Systems, Inc. (hereinafter "NCO") as agent of Capital One, N.A.

5. The Debtors have consulted with Chapel Hill attorney Suzanne Begnoche, a disinterested party and attorney in good standing with the N.C. State Bar and Middle District of N.C., regarding the claim against NCO.

6. Ms. Begnoche believes that the Debtors have claims against NCO for unfair debt collection practices under the North Carolina Prohibited Practices by Collection Agencies statute ("PPCA"), N.C.G.S. § 58-70-90, et seq., which governs the conduct of collection agencies in North Carolina.

7. The PPCA provides for actual, statutory, and punitive damages, and attorneys for claimants may be awarded fees pursuant to N.C.G.S. § 75-16.1.

8. The Debtors desire to employ Ms. Begnoche to pursue these claims.

9. Virginia B. Collins, the Debtors' Chapter 13 attorney, has incurred additional expenses in the gathering of information, preparation, and filing of this motion and for attendance at the hearing and seeks the presumptive fee of $250 to be paid through the Chapter 13 Plan.

WHEREFORE, the Debtors respectfully pray the Court:

1. For authority to employ attorney Suzanne Begnoche.

2. For $250 in attorney fees to Debtors' counsel for the filing of this motion; and

3. For such other and further relief as is just.

This the 2nd day of May 2013.

/s/ Virginia B. Collins
Attorney for Debtors
NC State Bar No.: 19886
P.O. Box 1059
Pittsboro, NC  27312
(919)542-6154
vcollinslaw@mindspring.com

UNITED STATES BANKRUPTY COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:                                              )
                                                    )
Warren Kenneth Earles,                              )         Case No.:  B-12-81464 C-13D
Dedrah Duff Earles,                                 )
    Debtors

## CERTIFICATE OF SERVICE

    THIS IS TO CERTIFY that the undersigned has this date served, electronically or by regular first class mail, the foregoing **MOTION TO EMPLOY SPECIAL COUNSEL** to the following parties of interest:

Richard M Hutson II
Chapter 13 Trustee
Durham Division
P O Box 3613
Durham NC 27702-3613

Suzanne Begnoche
Attorney at Law
312 West Franklin Street
Chapel Hill, NC 27516

William Miller
Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402

Warren Kenneth Earles
Dedrah Duff Earles
329 Plainfield Church Rd
Siler City, NC 27344


This the 2nd day of May 2013.

                                            /s/ Virginia B. Collins
                                            Attorney for Debtors
                                            NC State Bar No.: 19886
                                            P.O. Box 1059
                                            Pittsboro, NC  27312
                                            (919)542-6154
                                            vcollinslaw@mindspring.com